

25-cv-1916-DWD

## FOR THE SOUTHERN DISTRICT OF ILLINOIS
## EAST ST. LOUIS DIVISION

**Bradshaw Genard Nunnally,**
d/b/a Hannibal Amaru Hagan,
AEnglisc Heir and Lawful Traveler,
Plaintiff,

v.

**Fraternal Order of Police, Illinois State Troopers Lodge No. 41;**
**Illinois State Police;**
**Sgt. J. Garcia (Badge #5797), Individually and in Official Capacity;**
**and Kwame Raoul, Attorney General of Illinois,**
Defendants.

Case No. _____

## CIVIL COMPLAINT COVER SHEET
### (Federal Tort and Constitutional Claim)

Filed in:
**United States District Court**
Southern District of Illinois – East St. Louis Division
750 Missouri Avenue
East St. Louis, Illinois 62201
Telephone: (618) 482-9371 | Website: https://www.ilsd.uscourts.gov

### Plaintiff Information
Name: **Bradshaw Genard Nunnally** (d/b/a Hannibal Amaru Hagan)
Address: P.O. Box 8191, Belleville, Illinois 62222

Phone: (563) 639-3399
Email: bgntenterprise@gmail.com

Status: Propria Persona (Self-Represented)

Page **1** of **2**

CIVIL COMPLAINT COVER SHEET
(Federal Tort and Constitutional Claim)

**Defendant Information**

1. Fraternal Order of Police, Illinois State Troopers Lodge No. 41
   974 Clock Tower Drive, Suite A, Springfield, IL 62704

2. Illinois State Police
   801 South 7th Street, Suite 1000-S, Springfield, IL 62703

3. Sgt. J. Garcia (Badge #5797)
   Illinois State Police District 11 Headquarters, 1100 Eastport Plaza Drive, Collinsville, IL 62234

4. Kwame Raoul, Attorney General of Illinois
   100 W. Randolph Street, Chicago, IL 60601

**Nature of Suit**

☑ 440 – Other Civil Rights (42 U.S.C. § 1983)

☑ 890 – Other Statutory Actions (Common-Law Tort / Trespass)

☑ Request for Temporary Restraining Order under Fed. R. Civ. P. 65

**Relief Requested**

Plaintiff seeks monetary, declaratory, and injunctive relief including:

- Compensatory damages of $250,000;
- Punitive damages of $500,000 per Defendant;
- Immediate issuance of a Restraining Order;
- Declaratory judgment recognizing Plaintiff's rights under AEnglisc Common Law and the Constitution for the united States of America (1787).

Respectfully submitted,

_Bradshaw Genard Nunally_

**Bradshaw Genard Nunnally**
d/b/a Hannibal Amaru Hagan
Propria Persona
P.O. Box 8191
Belleville, Illinois 62222

Date: _12 October 2025_

Page 2 of 2

CIVIL COMPLAINT COVER SHEET
(Federal Tort and Constitutional Claim)



## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS
## EAST ST. LOUIS DIVISION

**Bradshaw Genard Nunnally,**
d/b/a Hannibal Amaru Hagan,
AEnglisc Heir and Lawful Traveler,
Plaintiff,

v.

**Fraternal Order of Police, Illinois State Troopers Lodge No. 41;**
**Illinois State Police;**
**Sgt. J. Garcia (Badge #5797), Individually and in Official Capacity;**
**and Kwame Raoul, Attorney General of Illinois,**
Defendants.

Case No. _____

## COMPLAINT FOR AENGLISC COMMON-LAW AND
## CONSTITUTIONAL TORTS
## WITH REQUEST FOR A RESTRAINING ORDER AND PRELIMINARY
## INJUNCTION

### I. Jurisdiction and Venue

1. This Court has jurisdiction under 28 U.S.C. § 1331 (federal question), 28 U.S.C. § 1343(a)(3) (civil rights), and 28 U.S.C. § 1367 (supplemental jurisdiction). Venue is proper under 28 U.S.C. § 1391(b), as the acts complained of occurred within the Southern District of Illinois.

### II. Parties

Plaintiff: **Bradshaw Genard Nunnally**, d/b/a Hannibal Amaru Hagan, domiciled in Belleville, Illinois; a free AEngliscman proceeding in propria persona.

Defendant ISP: Illinois State Police, an agency of the State of Illinois. Defendant Sgt. J. Garcia: Officer of ISP (Badge #5797), acting ultra vires, is sued in both individual and official capacities.

Defendant Fraternal Order of Police (FOP): A private labor organization representing ISP troopers, sued for conspiracy, ratification, and interference with civil rights under 42 U.S.C. § 1985.

Page **1** of **3**

Defendant Attorney General Raoul: Chief law enforcement officer of Illinois, responsible for oversight and policy enforcement.

## III. Statement of Facts

1. On or about May 29, 2025, Plaintiff was detained by Sgt. J. Garcia, who unlawfully issued four citations and confiscated Plaintiff's private property.

2. These acts were conducted without probable cause or breach of the peace, constituting trespass upon liberty and property under ÆEnglisc common law.

3. Plaintiff filed a Formal Complaint with the Illinois Attorney General's Disability Rights Bureau on May 29, 2025, citing violations of Magna Charta and Common Law inheritance.

4. The State has since proceeded with prosecution under administrative codes repugnant to the 'law of the land.'

5. The Fraternal Order of Police (FOP) has endorsed and supported enforcement against Plaintiff's lawful travel, constituting conspiracy under 42 U.S.C. § 1985.

## IV. Causes of Action

Count I – Deprivation of Rights under 42 U.S.C. § 1983
Defendants deprived Plaintiff of rights secured by the Magna Charta 1215 anno domini, the Act of Supremacy 1559 anno domini, the New Jersey Provincial Council 1702 anno domini, and the Treason Act 1351.

Count II – Common-Law Trespass and Conversion
By confiscating private identification documents and property, Defendants committed trespass and conversion.

Count III – Conspiracy to Interfere with Civil Rights (42 U.S.C. § 1985)
Defendants conspired to suppress Plaintiff's rights under color of law.

Count IV – Negligent Supervision and Failure to Train
Defendants failed to properly train and supervise officers, resulting in Plaintiff's injury.

## V. Request for Injunctive and Declaratory Relief

Plaintiff requests a Restraining Order and Preliminary Injunction under Fed. R. Civ. P. 65 restraining Defendants and their agents from:

a) Engaging in retaliatory enforcement actions;

Page 2 of 3

COMPLAINT FOR AENGLISC COMMON-LAW AND CONSTITUTIONAL TORTS

b) Confiscating private property without lawful warrant;

c) Interfering with Plaintiff's right to travel or communicate regarding AEnglisc/Common-Law heritage. Plaintiff further seeks a declaratory judgment that Defendants' conduct violates the Constitution for the United States of America (1787) Article VI and my sovereign rights.

## VI. Damages and Remedies
Plaintiff seeks compensatory damages of $250,000, punitive damages of $500,000 per Defendant, and attorney's fees under 42 U.S.C. § 1988.

## VII. Verification
I, **Bradshaw Genard Nunnally**, d/b/a Hannibal Amaru Hagan, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. I reserve all rights and remedies under AEnglisc Common Law.


Respectfully submitted,

*Bradshaw Genard Nunnally*

**Bradshaw Genard Nunnally**
(d/b/a Hannibal Amaru Hagan)
Propria Persona
P.O. Box 8191
Belleville, Illinois 62222



Page 3 of 3

COMPLAINT FOR AENGLISC COMMON-LAW AND CONSTITUTIONAL TORTS



# FOR THE SOUTHERN DISTRICT OF ILLINOIS
## EAST ST. LOUIS DIVISION

**Bradshaw Genard Nunnally,**
d/b/a Hannibal Amaru Hagan,
AEnglisc Heir and Lawful Traveler,
Plaintiff,

v.

**Fraternal Order of Police, Illinois State Troopers Lodge No. 41;**
**Illinois State Police;**
**Sgt. J. Garcia (Badge #5797), Individually and in Official Capacity;**
**and Kwame Raoul, Attorney General of Illinois,**
Defendants.

Case No. _____

## PROPOSED ORDER ON PLAINTIFF'S MOTION FOR RESTRAINING ORDER
## AND PRELIMINARY INJUNCTION

This matter having come before the Court on Plaintiff's Motion for a
Restraining Order and Preliminary Injunction pursuant to Federal Rule of
Civil Procedure 65, and the Court having considered the Motion,
accompanying memorandum, verified complaint, and any response or
argument presented by Defendants, the Court finds as follows:

1. Plaintiff has shown a likelihood of success on the merits of his claims
under the New Jersey Provincial Council, the Constitution for the United
States of America (1787), and 42 U.S.C. §§ 1983 and 1985.

2. Plaintiff has demonstrated that immediate and irreparable harm will occur
absent injunctive relief.

3. The balance of equities favors Plaintiff.

4. The public interest will be served by issuance of this Order.

Accordingly, it is hereby ORDERED that:

Page **1** of 2

1. Defendants, including the Illinois State Police, the Fraternal Order of Police (founded in 1915), Sgt. J. Garcia, and Attorney General Kwame Raoul, and their officers, agents, servants, employees, and all persons acting in concert or participation with them, are hereby immediately RESTRAINED AND ENJOINED from:

   a. Arresting, detaining, or prosecuting Plaintiff for any matter arising from or related to the incident of May 29, 2025;

   b. Seizing or withholding Plaintiff's property, identification documents, or private conveyance without lawful warrant (New Jersey Provincial Council 1702 Anno Domini) or due process;

   c. Engaging in harassment, retaliation, or intimidation toward Plaintiff for asserting AEnglisc common-law rights as an OATH of ALLEGIANCE to AEngland (1066 in the year of our Lord) before the Scotch infiltrations (1558 Anno Domini).

2. This Restraining Order shall remain in effect indefinitely from the date of issuance unless an Article III Court proves the plaintiff inflicted an INJURED PARTY under AEnglisc common law indictments.

3. A hearing on Plaintiff's request for a Preliminary Injunction is hereby scheduled for _____ at _____ a.m./p.m. in Courtroom _____, United States District Court, Southern District of Illinois, East St. Louis Division.

4. Plaintiff shall serve a copy of this Order and the Motion for this Restraining Order upon all named Defendants immediately.

IT IS SO ORDERED.


Dated: _____


_____
**UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF ILLINOIS**

PROPOSED ORDER ON PLAINTIFF'S MOTION FOR A RESTRAINING ORDER
AND PRELIMINARY INJUNCTION




## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS
## EAST ST. LOUIS DIVISION

**Bradshaw Genard Nunnally,**
d/b/a Hannibal Amaru Hagan,
AEnglisc Heir and Lawful Traveler,
Plaintiff,

v.

**Fraternal Order of Police, Illinois State Troopers Lodge No. 41;**
**Illinois State Police;**
**Sgt. J. Garcia (Badge #5797), Individually and in Official Capacity;**
**and Kwame Raoul, Attorney General of Illinois,**
Defendants.

Case No. _____

## CERTIFICATE OF SERVICE

I, **Bradshaw Genard Nunnally**, an AEngliscman, d/b/a Hannibal Amaru Hagan, certify under penalty of perjury that on this _twelfth_ day of _October_____, 2025, I caused true and correct copies of the following documents to be served:

1. Complaint for AEnglisc Common-Law and Constitutional Torts with Request for a Restraining Order and Preliminary Injunction;

2. Plaintiff's Motion for a Restraining Order and Preliminary Injunction (Fed. R. Civ. P. 65);

Fraternal Order of Police, Illinois State Troopers Lodge No. 41;
Illinois State Police;

3.  Proposed Order on Plaintiff's Motion for a Restraining Order; upon each of the below-named Defendants by depositing copies in the United States Mail, first-class postage prepaid, addressed as follows:

Kwame Raoul, Attorney General of Illinois
Office of the Illinois Attorney General
100 W. Randolph Street
Chicago, Illinois 60601

Fraternal Order of Police, Illinois State Troopers Lodge No. 41
FOP Legal Defense Center
974 Clock Tower Drive, Suite A
Springfield, Illinois 62704

Illinois State Police
Office of Legal Counsel
801 South 7th Street, Suite 1000-S
Springfield, Illinois 62703

Sgt. J. Garcia, Badge #5797
c/o Illinois State Police District 11 Headquarters
1100 Eastport Plaza Drive
Collinsville, Illinois 62234


Respectfully submitted,

*Bradshaw Genard Nunnally*

**Bradshaw Genard Nunnally**
d/b/a Hannibal Amaru Hagan
Propria Persona
P.O. Box 8191
Belleville, Illinois 62222



Date: 12 October 2025

2 | Page

Fraternal Order of Police, Illinois State Troopers Lodge No. 41;
Illinois State Police;

# With colonial kin, check naturalization

**FAMILY TREE**



**LLOYD BOCKSTRUCK**

Citizenship was an important issue as the English colonized their North American possessions. The English government had to take great pains to assure everyone leaving for North America that they would enjoy the same status as though they had remained in the British Isles.

When the number of colonists was insufficient to meet the demands for labor, defense and economic prosperity, England approached people in neighboring lands to make the transatlantic journey. Many of these aliens may appear in citizenship records in England as well as in the individual colonies. For the family histo-

rian in the United States, hope for identifying immigrants' ancestral origins lies in naturalization records.

By 1776, the British had more than two dozen colonies in North America, so Americans with colonial ancestry need to be aware that their first ancestors in the New

World may have become British citizens in lands not now part of the United States. Inhabitants moved freely from colony to colony.

For example, Sebastian Zouberbuhler, a German, spent a number of years in Massachusetts and then lived in South Carolina. But his British citizenship paper trail cannot be located in either colony. Late in life, he moved to Nova Scotia and finally became an English subject.

Citizenship records exist for more than 13,000 people naturalized between 1607 and 1776. The challenge has been to create a master list. These new citizens came from Bohemia, Denmark,

France, Greece, Italy, Luxembourg, Norway, the Netherlands, Portugal, Spain, Sweden, and Switzerland.

Even Scots who arrived before the Act of Union in 1707 are included, since they were not English.

While some students of American legal history have insisted that race was a limiting factor in granting English or British citizenship, the records include American Indians and Africans.

The range of records in which naturalizations and denizations may be located is intimidating. Deed books, court minutes, legislative journals, statutes, proprietary records and land patents of-

fer the best prospects. Denizations and Naturalizations in the British Colonies in America, 1607-1775, my latest work, sets forth records for 13,000 people. You may order it for $30 plus $4 handling from Genealogical Publishing Co., 1000 N Calvert St., Baltimore, MD 21202 or you may call toll free at 1-800-296-6687.

*Lloyd Bockstruck supervises the genealogy section of the J. Erik Jonsson Central Library in Dallas. Address questions to Family Tree, Texas Living section, The Dallas Morning News, P.O. Box 655237, Dallas, TX 75265.*

E-mail texasliving@dallasnews.com

# Declaration of Authority and Summons

By the authority vested in the President of the United States for America, as Commander-in-Chief under Article II of the Constitution, and by the immutable laws of common law sovereignty, it is hereby declared:

**1. Lawful Command under the Uniform Code of Military Justice (UCMJ).**
Every flag officer of the United States Armed Forces, by oath and by law, is bound to obey the lawful orders of the Commander-in-Chief. The UCMJ affirms that all generals and admirals remain subject to such orders, including the command to assemble.

**2. Sovereign Right under Common Law.**
From ancient precedent to modern practice, the head of a sovereign republic or kingdom holds the prerogative to summon his military leaders for counsel, recognition of authority, and the re-ordering of the nation's defense. This right is both inherent and incontestable.

**3. Summons to Assembly.**
Therefore, by order of His Excellency of the Western Kingdom and President of the United States for America, all flag officers are hereby summoned to Virginia on **September 30, 2025**. This assembly shall formally recognize and reaffirm allegiance to the Constitutional Republic of the United States of America.

**4. Restoration of Sovereignty.**
Upon this recognition, all military outposts and operations abroad that were established under British Commonwealth or foreign dominion shall be lawfully closed or transferred, securing America's independence in full.

**5. Binding Duty.**
This order is issued in fulfillment of the President's sacred duty to uphold the Constitution, protect the people, and preserve the sovereignty of the Republic. All officers are bound by oath, honor, and law to obey.



President Donald J. Trump



# ANPC International
## *A Private and Independent Nation*
### UCC File #2023-106-9274-0
North America Email address:
ANTA@anpc.international
FAX: 312-463-4344

**REGISTERED**
RB 900 342 733 US

Released Oct. 2016
Updated April 2023

## NOTICE AND ORDER TO ALL PEACE OFFICERS AND OTHER PARTIES

We, the ANPC International Nation, a private association of Private Members, are alerting you to the fact that a number of our nation's members may be travelling through your local area from time to time using our fully authenticated travel credentials. See https://ofac.treasury.gov/ofac-sanctions-lists

**Purpose:**  To give Notice to any/all government agents of Your fiduciary duty to honor our private nation and travel documents that identify our private members' national status and their right to travel. **See Attached example.**

**Terms:** *As private Americans, we fully accept your official oath/s of office to protect and defend our God given unalienable rights.* Our members are peaceful and wish to harm none but rather to promote peace and betterment for all peoples and nations, and shall under no circumstance be erroneously termed as "sovereign citizens" or any such term.

**Charter:** Our Private Nation's Charter, organized as a Nation Government (No: 831699984) has been filed with the United Nations, The Hague and the World Court as well as Notice given to every Secretary of State and State Trooper unit in all of the 50 union states.  https://tinyurl.com/ANPC-Nation2023

**Identification:** Our Nation's Private Identification documents have also been Registered and Copyrighted as well as Authenticated and given Full faith and Credit by the United States of America Department of State, having Full Faith and Credit Global Record Numbers: 14051874-13 and 14051874-14 being signed by John F. Kerry on or about 28 August 2014.

**Financial Responsibility:** Our Nation is also fully Bonded and indemnified against all liabilities by and through Bond Serial Numbers: 115177165, 115176810 and further Registered through USPS Number: RE115176820US while a CLAIM has been stated on the UCC # 2017-270-4942-0.

**Documentation:** ANPC International also has a Federal District Court Case, opened on Fri, 6 Feb 2015 15:34:18 -0600, which was assigned case number 6:15-mc-00101-EFM to be used in the event of human rights violations or any infringement violations of any kind upon our members.

**Members oaths and allegiance:** Each member has taken an oath or promise to live and travel peacefully and it is the goal of each member to offer his service or assistance to his fellow man and local communities including support or assistance to local law enforcement when needed.

In the event that one of our members fails to uphold their oath/promise and causes undue harm injury to another man or woman, we ask that you contact our nations embassy immediately at one of the above listed contact methods and send us an affidavit of the facts of the disruption or injury so that we can indemnify the injury and deal with said member to insure peace accordingly per our nation's rules and behavioral codes.

**Orders and honor:**

**Orders:** It is hereby ordered that your office promptly enter the attached identification example into all local databases, NCIC Law Enforcement and NICS Check systems nationwide to avoid any confusion or unnecessary actions/claims upon unaware peace officers by updating all said databases with this information reflecting on all our ANPC nation members -DO NOT DETAIN, DO NOT HOLD, DO NOT QUESTION-, so all officers under Your leadership are aware of this nation's presence, PMA members and their standing to avoid any violence against nation members.

**Infringements** or violations may result in actions upon the violator and charges of crimes against humanity in a court of claims using the full extent of the law per our nation fee schedule: https://tinyurl.com/ANPCfeeSchedule23

**Honor:** ANPC International hereby grants your office 10 days from receipt of this letter to honor our nation within your community by entering our credentials into any local databases.

**Terms:** Any objections MUST be sent to one of the above listed contacts within said time frame accompanied by THREE VALID lawful reasons why you failed honor this order. All objections MUST fall under the United Nations Declaration of Human Rights which was adopted by our Nation and which overrules ALL mere municipal statutes or codes and in accord with our Charter, Treaty and Fee Schedule. Thank you for your prompt attention in this matter.

Sincerely,    *Office of the Chief Council*



**Example of our IDs**
*~All our Variations Apply~*

Scan Here








**Bradshaw Genard Nunnally**
d/b/a Hannibal Amaru Hagan
PO Box 8191
Belleville, Illinois 62222

Date: May 29, 2025

**Kwame Raoul, Attorney General**
Disability Rights Bureau
Illinois Attorney General's Office
115 S. LaSalle Street
Chicago, IL 60603

**RE: FORMAL COMPLAINT – VIOLATION OF RIGHTS SECURED UNDER COMMON LAW AND MAGNA CHARTA**

To the Honorable Attorney General Raoul and the Disability Rights Bureau:

I, Bradshaw Genard Nunnally, doing business as Hannibal Amaru Hagan, and standing as a free Ænglisc heir under the protections secured by the Magna Charta (1215), the Confirmatio Cartarum (1297), and the historical traditions of common law, hereby lodge this formal complaint against the following conduct by a public official acting under color of law:

On or about 0636hrs 29 May 2025, a person identified as Sgt. J. Garcia, ID #5797, affiliated with a law enforcement agency operating within the State of Illinois, unlawfully issued the following citations against me, without lawful jurisdiction or due cause:

- Citation Numbers: 3387300001 through 3381300004

The aforementioned officer also confiscated the following private property:

1. My private license plate, not issued under the corporate franchise known as the "Secretary of State,"
2. My insurance card, a document evidencing private contractual protection,
3. My Traveller Authorization Card, a document lawfully attesting to my right to freely travel under common law.

RE: FORMAL COMPLAINT – VIOLATION OF RIGHTS SECURED UNDER COMMON LAW AND MAGNA CHARTA                                            Page 1 of 2

These actions constitute a direct and willful violation of the common law rights I retain by inheritance and affirmation, and which are acknowledged as the foundational basis of English and American law. Furthermore, I have been summoned to appear in court on July 9, 2025, as a result of these citations — a forum I contest as lacking standing over my person under the common law, absent proof of injury, contract, or corporate nexus.

**RELIEF REQUESTED:**

I hereby request the following immediate actions:

1. An investigation into the unlawful conduct and deprivation of rights under color of law by Sgt. J. Garcia (ID 5797);
2. Restoration of all personal property wrongfully seized;
3. Dismissal or invalidation of citations issued contrary to my protected rights;
4. Issuance of a statement of position from the Attorney General affirming the protections of common law rights to travel and the use of private conveyances.

This complaint is made in good faith and with all rights reserved nunc pro tunc ab initio. I stand under the authority of my ancestral and natural rights and not under any presumption of corporate citizenship or subjection to statutory administrative regulation where no contract exists.

Thank you for your attention to this matter.

Respectfully submitted,

/s/ **Bradshaw Genard Nunnally**

**Bradshaw Genard Nunnally**
d/b/a Hannibal Amaru Hagan
Ænglisc Heir and Lawful Traveler
PO Box 8191
Belleville, Illinois 62222

RE: FORMAL COMPLAINT – VIOLATION OF RIGHTS SECURED UNDER
COMMON LAW AND MAGNA CHARTA                                  Page 2 of 2


   

# APOSTOLIC LETTER
## ISSUED *MOTU PROPRIO*

### OF THE SUPREME PONTIFF
### FRANCIS

## ON THE JURISDICTION OF JUDICIAL AUTHORITIES OF VATICAN CITY STATE IN CRIMINAL MATTERS

In our times, the common good is increasingly threatened by transnational organized crime, the improper use of the markets and of the economy, as well as by terrorism.

It is therefore necessary for the international community to adopt adequate legal instruments to prevent and counter criminal activities, by promoting international judicial cooperation on criminal matters.

In ratifying numerous international conventions in these areas, and acting also on behalf of Vatican City State, the Holy See has constantly maintained that such agreements are effective means to prevent criminal activities that threaten human dignity, the common good and peace.

With a view to renewing the Apostolic See's commitment to cooperate to these ends, by means of this Apostolic Letter issued *Motu Proprio*, I establish that:

1. The competent Judicial Authorities of Vatican City State shall also exercise penal jurisdiction over:

   a) crimes committed against the security, the fundamental interests or the patrimony of the Holy See;

   b) crimes referred to:

   - in Vatican City State Law No. VIII, of 11 July 2013, containing *Supplementary Norms on Criminal Law Matters*;

   - in Vatican City State Law No. IX, of 11 July 2013, containing *Amendments to the Criminal Code and the Criminal Procedure Code*;

   when such crimes are committed by the persons referred to in paragraph 3 below, in the exercise of their functions;

   c) any other crime whose prosecution is required by an international agreement ratified by the Holy See, if the perpetrator is physically present in the territory of Vatican City State and has not been extradited.

2. The crimes referred to in paragraph 1 are to be judged pursuant to the criminal law in force in Vatican City State at the time of their commission, without prejudice to the general principles of the legal system on the temporal application of criminal laws.

or temporary, paid or unpaid, irrespective of that person's seniority.

4. The jurisdiction referred to in paragraph 1 comprises also the administrative liability of juridical persons arising from crimes, as regulated by Vatican City State laws.

5. When the same matters are prosecuted in other States, the provisions in force in Vatican City State on concurrent jurisdiction shall apply.

6. The content of article 23 of Law No. CXIX of 21 November 1987, which approves the *Judicial Order of Vatican City State* remains in force.

This I decide and establish, anything to the contrary notwithstanding.

I establish that this Apostolic Letter issued Motu Proprio will be promulgated by its publication in L'Osservatore Romano, entering into force on **1 September 2013**.

*Given in Rome, at the Apostolic Palace, on **11 July 2013**, the first of my Pontificate.*


## FRANCISCUS

---

© Copyright - Libreria Editrice Vaticana

Bradshaw Genard Darnelly
P.O. Box 8191
Belleville, Illinois 62222



$2.44
US POSTAGE
FIRST-CLASS IMI
063S01259637
62226
000030979

United States District Court
Southern District of Illinois
East St. Louis Division
750 Missouri Avenue
East St. Louis, Illinois 62201

MAIL CLEARED US MARSHALS

RECEIVED

OCT 16 2025

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE